1  Anna M. Rossi, Bar No. 106229
   LAW OFFICES OF ANNA M. ROSSI
2  1120 Ballena Blvd., Suite 100
   Alameda, CA 94501
3  Telephone:       510.522.7900
   Facsimile:       510.522.7909
4
   Attorneys for Plaintiffs
5  SOMERSET STUDIOS, LLC and GAIL A. STOFFER

6

7  STEPHEN C. TEDESCO, Bar No. 130325
   stedesco@littler.com
8  LISA J. LIN, Bar No. 260582
   llin@littler.com
9  LITTLER MENDELSON
   A Professional Corporation
10 650 California Street, 20th Floor
   San Francisco, CA  94108.2693
11 Telephone:       415.433.1940
   Facsimile:       415.399.8490
12
   Attorneys for Defendant
13 SCHOOL SPECIALTY, INC.

14                  UNITED STATES DISTRICT COURT

15            FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 SOMERSET STUDIOS, LLC, GAIL A.        Case No. C10-05527-MEJ
   STOFFER,
18
                   Plaintiffs,
19                                        STIPULATION AND [PROPOSED] ORDER
         v.                               TO CONTINUE EXPERT DISCOVERY
20                                        CUT-OFF DATES
   SCHOOL SPECIALTY, INC and DOES
21 1-10,
22                 Defendants.
23                                        Complaint Filed:   November 2, 2010
                                          Trial Date:        April 16, 2012
24

25        Plaintiffs Somerset Studios, LLC and Gail A. Stoffer through their attorneys of

26 record, and Defendant School Specialty, Inc. through its attorney of record, hereby stipulate as

27 follows:

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

STIPULATION RE EXPERT                                      Case No. C-10-05527-MEJ
DISCOVERY

1    WHEREAS, the Court has set the discovery cut-off in the action for October 11,

2  2011;

3    WHEREAS, the Court has set the deadline to file a motion to compel for October 21,

4  2011;

5    WHEREAS, the parties agree that personal issues relating to counsel and scheduling

6  challenges will prevent the parties from conducting the depositions of the parties' expert witnesses

7  on or before October 11, 2011;

8    NOW THEREFORE, the parties hereby request, based on the showing of good cause

9  discussed herein, that the discovery deadlines relating to expert witness depositions be continued as

10  follows:

11    1.    The deadline to conduct depositions of expert witnesses be moved from

12  October 11, 2011 to October 21, 2011; and

13    2.    The deadline to bring motions to compel concerning the depositions of expert

14  witnesses be moved from October 21, 2011 to October 28, 2011.

15

16  DATED: September 27, 2011                    LAW OFFICES OF ANNA M. ROSSI

17

18  By _____
                                       ANNA M. ROSSI

19  Attorneys for Plaintiffs
    SOMERSET STUDIOS, LLC and GAIL A.
20  STOFFER

21  DATED: September 27, 2011                    LITTLER MENDELSON
                                                 A Professional Corporation
22

23

24  By _____
                                       STEPHEN C. TEDESCO

25  Attorneys for Defendant
    SCHOOL SPECIALTY, INC.

26

27

28

**ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES** to continue the deadline to conduct depositions of expert witnesses from October 11, 2011 to October 21, 2011 and the deadline to bring motions to compel concerning the depositions of expert witnesses from October 21, 2011 to October 28, 2011,

**IT IS SO ORDERED.**

Dated: September 28, 2011 _____

_____
JUDGE MARIA ELENA JAMES

Firmwide:104035536.1 029998.1008

---

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

**STIPULATION RE EXPERT DISCOVERY**                    2.                    **Case No. C-10-05527-MEJ**