1  Anna M. Rossi, Bar No. 106229
   LAW OFFICES OF ANNA M. ROSSI
2  1120 Ballena Blvd., Suite 100
   Alameda, CA 94501
3  Telephone:    510.522.7900
   Facsimile:    510.522.7909
4
   Attorneys for Plaintiffs
5  SOMERSET STUDIOS, LLC and GAIL A. STOFFER

6

7  STEPHEN C. TEDESCO, Bar No. 130325
   stedesco@littler.com
8  LISA J. LIN, Bar No. 260582
   llin@littler.com
9  LITTLER MENDELSON
   A Professional Corporation
10 650 California Street, 20th Floor
   San Francisco, CA  94108.2693
11 Telephone:    415.433.1940
   Facsimile:    415.399.8490
12
   Attorneys for Defendant
13 SCHOOL SPECIALTY, INC.

14                     UNITED STATES DISTRICT COURT

15                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 SOMERSET STUDIOS, LLC, GAIL A.            Case No. C10-05527-MEJ
   STOFFER,
18
            Plaintiffs,
19                                           **STIPULATION AND [PROPOSED] ORDER
       v.                                    TO CONTINUE EXPERT DISCOVERY
20                                           CUT-OFF DATES**
   SCHOOL SPECIALTY, INC and DOES
21 1-10,

22          Defendants.
                                             Complaint Filed:   November 2, 2010
23                                           Trial Date:        April 16, 2012

24

25         Plaintiffs Somerset Studios, LLC and Gail A. Stoffer through their attorneys of

26 record, and Defendant School Specialty, Inc. through its attorney of record, hereby stipulate as

27 follows:

28

---

**STIPULATION RE EXPERT DISCOVERY**                                    Case No. C-10-05527-MEJ

1  WHEREAS, the Court has set the discovery cut-off in the action for October 11,
2  2011;
3  WHEREAS, the Court has set the deadline to file a motion to compel for October 21,
4  2011;
5  WHEREAS, the parties agree that personal issues relating to counsel and scheduling
6  challenges will prevent the parties from conducting the depositions of the parties' expert witnesses
7  on or before October 11, 2011;
8  NOW THEREFORE, the parties hereby request, based on the showing of good cause
9  discussed herein, that the discovery deadlines relating to expert witness depositions be continued as
10 follows:
11  1.  The deadline to conduct depositions of expert witnesses be moved from
12 October 11, 2011 to October 21, 2011; and
13  2.  The deadline to bring motions to compel concerning the depositions of expert
14 witnesses be moved from October 21, 2011 to October 28, 2011.

DATED: September 27, 2011            LAW OFFICES OF ANNA M. ROSSI

                                     By _____
                                           ANNA M. ROSSI

                                     Attorneys for Plaintiffs
                                     SOMERSET STUDIOS, LLC and GAIL A.
                                     STOFFER

DATED: September 27, 2011            LITTLER MENDELSON
                                     A Professional Corporation

                                     By _____
                                           STEPHEN C. TEDESCO

                                     Attorneys for Defendant
                                     SCHOOL SPECIALTY, INC.

## ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES** to continue the deadline to conduct depositions of expert witnesses from October 11, 2011 to October 21, 2011 and the deadline to bring motions to compel concerning the depositions of expert witnesses from October 21, 2011 to October 28, 2011,

**IT IS SO ORDERED.**

Dated: September 28, 2011

_____
JUDGE MARI ELENA JAMES

Firmwide:104035536.1 029998.1008

STIPULATION RE EXPERT DISCOVERY         2.         Case No. C-10-05527-MEJ