# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMERSET STUDIOS, LLC; GAIL A. STOFFER, | No. C 10-5527 MEJ |
| Plaintiffs, | **ORDER RE STATUS** |
| v. | |
| SCHOOL SPECIALTY, INC.; DOES 1-10, | |
| Defendants. | |

On February 15, 2012, the parties in this case participated in a settlement conference, at which time the case settled. Pursuant to the minute order, the parties were to file a notice of dismissal within 14 days. Dkt. No. 48. As no notice has been filed, the Court ORDERS the parties to file a joint status report or stipulation for dismissal by March 8, 2012. All pending pretrial and trial dates are VACATED.

**IT IS SO ORDERED**

Dated: March 1, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge