Anna M. Rossi, State Bar No. 106229
Duncan MacDonald, State Bar No. 148684
ROSSI & MACDONALD, LLP
1120 Ballena Blvd., Suite 100
Alameda, California 94501
Telephone: 510.522.7900
Facsimile: 510.522.7909

Attorneys for Plaintiffs Somerset Studios, LLC
and Gail Stoffer

**GRANTED**
Judge Maria-Elena James

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMERSET STUDIOS, LLC, and GAIL STOFFER,<br><br>Plaintiffs,<br><br>v.<br><br>SCHOOL SPECIALTY, INC. and DOES 1-10,<br><br>Defendants. | Case No. C10-05527-MEJ<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: 2/22/12

_____
Plaintiff Gail Stoffer

_____
Anna M. Rossi, Attorneys for Plaintiff

Dated: 3/2/12

_____
Defendant School Specialty

_____
Stephen Tedesco, Attorneys for Defendant

-1-
STIPULATION OF DISMISSAL